# Court of Appeals
# of the State of Georgia

ATLANTA,  May 07, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0112. BONDARYL MCCALL v. CYNTHIA ADAMS, JUDGE.**

Upon consideration of the "Petition for Writ of Mandamus in Equity," the same is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  05/07/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*